United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Birchington, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | d/b/a Holiday Inn Express Washington DC Downtown | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-3875269 | |
| 4. **Debtor's address** | **Principal place of business** 4710 14th St., NW Number     Street Ste. 200 Washington    DC    20011 City        State    ZIP Code District of Columbia County | **Mailing address, if different from principal place of business** _____ Number     Street _____ P.O. Box _____ City        State    ZIP Code **Location of principal assets, if different from principal place of business** _____ Number     Street _____ _____ City        State    ZIP Code |
| 5. **Debtor's website** (URL) | _____ | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor __Birchington, LLC_____    Case number (if known)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7011

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                            MM / DD / YYYY
        District _____  When _____  Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                MM / DD / YYYY
       Case number, if known _____

Debtor  Birchington, LLC _____   Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number     Street

_____

_____ _____ _____
City       State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Birchington, LLC_____   Case number (*if known*)_____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/17/2023__
                MM / DD / YYYY

✖ __/s/ Habte Sequar_____   __Habte Sequar_____
   Signature of authorized representative of debtor   Printed name

   Title __Manager_____

**18. Signature of attorney**

✖ __/s/ John D Burns_____   Date __02/17/2023__
   Signature of attorney for debtor          MM / DD / YYYY

   __John D Burns_____
   Printed name
   __The Burns Law Firm, LLC_____
   Firm name
   __6305 Ivy Lane, Ste 340_____
   Number    Street
   __Greenbelt_____   __MD__   __20770_____
   City   State   ZIP Code

   __301-441-8780_____   __jburns@burnsbankruptcyfirm.com__
   Contact phone   Email address

   __22777_____   __MD_____
   Bar number   State

United States Bankruptcy Court

District of Columbia

In re: Birchington, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/17/2023

/s/ Habte Sequar
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

**ABINER GEBREMICHAEL**
**2702 N ROSSER ST**
**Alexandria, VA 22311**


**AE SECURITY, INC.**
**606 Leesburg Pike, Suite 930**
**Falls Church, VA 22041**


**AIRTOWER NETWORKS**
**80 M St SE, Floor 1**
**Washington, DC 20003**


**ASCENTIUM CAPITAL**
**P.O. Box 1140**
**Birmingham, AL 35246**


**BBGM ARCHITECTS**
**1825 K St NW, Suite 300**
**Washington, DC 20006**


**Bembridge, LLC**
**4710 14th St., NW**
**Ste. 200**
**Washington**
**DC 20011**


**BERGMANNS CLEANING**
**140 South Wise St**
**Arlington, VA 22204**


**BOOKING.COM**
**5295 Paysphere Circle**
**Chicago, IL 60674**

**CINTAS CORP**
**97627 Eagle Way**
**Chicago, IL 60678**

**CINTAS CORP-62**
**P.O. Box 630803**
**Cincinnati, OH 45263**

**DC Gov't Office of Tax & Revenue**
**PO Box 75520**
**Washington, DC 20013**

**DC Gov't Office of Tax & Revenue**
**PO Box 37559**
**Washington, DC 20013**

**DC Tax & Revenue:  Property Tax**
**1101 4th St., SW**
**Washington, DC 20024**

**DC Water**
**P.O. Box 9720**
**Washington, DC 20090**

**DC Water**
**1385 Canal St., NE**
**Washington, DC 20003**

**DE LANGE HUDSPATH MCCONNEL& TIBBETS LLP**
**1117 West Loop South**
**Suite 1700**
**Houston, TX 77027**

**Destination DC**
**901 7th Street NW, Suite 400**
**Washington, DC 20001**


**District of Columbia Dept. Public Works**
**2000 14th St., NW**
**Washington, DC 20009**


**District of Columbia Water & Sewer**
**1385 Canal St. SE**
**Washington, DC 20003**


**District Unemployment Compensation**
**4058 Minnesota Ave., NE**
**Washington, DC 20019**


**DONALD J. URGO & ASSOCIATES LP**
**6710A Rockledge Dr, Suite 420**
**Bethesda, MD 20817**


**DULLES ELECTRIC SUPPLY**
**22570 Shaw Roard**
**Sterling, VA 20166**


**ECOLAB INC**
**P.O. Box 32027**
**New York, NY 10087**


**Fairfield Inn**
**500 H St NW**
**Washington, DC 20001**

**FEDEX**
P.O. Box 223125
Pittsburgh, PA 15251


**FERGUSON FACILITIES SUPPLY**
751 Lakefront Commons
Newport News, VA 23606


**GRAINGER**
Dept. 887727617
Palatine, IL 60038


**GRANITE TELECOMMUNICATIONS**
P.O. Box 983119
Boston, MA 02298


**HD SUPPLY**
P.O. Box 509058
San Diego, CA 92150


**HH GLOBAL ASSOCIATES**
Dept CH 17973
Palatine, IL 60055


**HILTON GARDEN INN DOWNTOWN**
815 14th St NW
Washington, DC 20005


**HOLIDAY INN WASHINGTON CAPITOL**
550 C St NW
Washington, DC 20024

**HOSPITALITY STAFFING SOLUTIONS, LLC**
P.O.Box 742822
Atlanta, GA 30374

**INTERCONTINENTAL HOTELS GROUP**
P.O. Box 101074
Atlanta, GA 30392

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**K Street, LLC**
1219 K St., Suite 110
Washington, DC 20002

**KINSLEY CONSTRUCTION, INC.**
2706 Water Street
P.O. Box 2886
York, PA 17405

**KMG HAULING**
P.O. Box 650821
Sterling, VA 20165

**LAW OFFICE OF SAAGAR B. SHAH**
704 King Street, Suite 600
Wilmington, DE 19801

**MEDALLION HOTEL CORPORATION**
6710A Rockledge Dr, Suite 420
Bethesda, MD 20817

**MOOD MEDIA**
2100 S IH-35 Frontage Rd
Suite 200
Austin, TX 78704


**NITEL HYPERCORE**
P.O. Box 735235
Chicago, IL 60673


**ODP BUSINESS SOLUTIONS**
P.O. Box 724
Sioux Falls, SD 57117


**Office of Tax & Revenue**
**Real Property Tax Administration**
PO Box 98095
Washington, DC 20090


**Office of the Attorney General**
441 4th St., NW
6th Floor
Washington, DC 20001


**OMNI SHOREHAM HOTEL & RESORTS**
2500 Calvert St NW
Washington, DC 20008


**PEPCO**
P.O. Box 13608
Philadelphia, PA 19101


**PRO PARK**
1 Union Place
Hartford, CT 06103

**PURE HD LLC**
**Salem Five Bank**
**210 Essex St**
**Salem, MA 01970**


**ROYAL CUP**
**P.O. Box 841000**
**Dallas, TX 75284**


**SIX CONTINENTS HOTELS, INC.**
**c/o InterContinental Group**
**Three Ravinia Dr, Suite 100**
**Atlanta, GA 30346**


**SOLOMON SOQUAR**
**2702 N ROSSER ST**
**Alexandria, VA 22311**


**SSHCOF II WASHINGTON DC, LLC**
**One Alliance Center, 3500 Lenox Rd.**
**Ste. 625**
**Atlanta, GA 30326**


**Sysco**
**8000 Dorsey Run Road**
**Jessup, MD 20794**


**U.S Securities and Exchange Commission**
**100 F St NE**
**Washington, DC 20549**


**URGO HOTELS, LLC**
**6710A Rockledge Dr, Suite 420**
**Bethesda, MD 20817**

**US Attorney's Office**
**555 4th St., NW**
**Washington, DC 20001**


**US Department of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20530**


**Verdant Environmental Technologies, Inc.**
**1850 55th Ave**
**Lachine, Quebec H8T 3J5**
**Canada,**


**WASHINGTON GAS**
**P.O. Box 37747**
**Philadelphia, PA 19101**


**Washington Hilton**
**1919 Connecticut Ave NW**
**Washington, DC 20009**


**WASHINGTON PLAZA**
**10 Thomas Circle NW**
**Washington, DC 20001**

**EXHIBIT A TO PETITION**
**CORPORATE RESOLUTION OF BIRCHINGTON, LLC**

  Birchington, LLC (the "LLC") is a Delaware limited liability company. A special meeting of the Board of Directors/Officers/Members of Birchington, LLC was conducted on February 15, 2023, at 4710 14th St., NW, Suite 200, Washington D.C. 20011. The sole member, Bembridge, LLC, through its sole member, Habte Sequar, was present. The special meeting was called by Habte Sequar as Manager to discuss the financial condition of the LLC and to consider the filing of a Chapter 11 petition in bankruptcy. After a review of the finances of the LLC and a review of pending litigation concerning the LLC, Bembridge LLC unilaterally, through Habte Sequar approved and authorized the filing of a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Columbia, which is where the LLC is registered as a foreign company and where the primary asset of the LLC is located. The Manager of the LLC, Habte Sequar, shall be authorized to execute such documents and complete such accounts as may be necessary to file and administer said petition.

  BE IT RESOLVED THAT, the Board of Directors/Members/Officers, if any, of the LLC hereby authorizes the filing of a Chapter 11 petition in the United States Bankruptcy Court for the District of Columbia.

| | |
|---|---|
| <u>February 15, 2023</u> | <u>/s/ Habte Sequar</u> |
| Dated | Habte Sequar, as Manager/owner of |
| | Sole Member, Bembridge, LLC |