The order below is hereby signed.

Signed: June 28 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:                                   *

BIRCHINGTON, LLC                         Case No. 23-00057-ELG
                                         *    Chapter 11

    Debtor                               *

*    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE
PURSUANT TO 11 U.S.C. § 1112(B)**

UPON CONSIDERATION OF THE Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion") filed by BIRCHINGTON, LLC (the "Debtor"), a Delaware Limited Liability Company, and debtor and debtor-in-possession, by and through its undersigned counsel, and after notice and a hearing pursuant to 11 U.S.C. § 102(1), without objection, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Bankruptcy Court shall retain jurisdiction over professional fees and costs following the entry of this Order to consider and rule upon fee applications to be

submitted by professional persons employed by prior Orders of this Bankruptcy Court; and it is further

ORDERED, that, notwithstanding anything to the contrary in that certain *Order Authorizing and Approving Settlement Agreement* entered June 1, 2023 (Doc. No. 125) or that certain Forbearance and Settlement Agreement (the "Settlement Agreement") executed by Debtor, Habte Sequar and SSHCOF II Washington DC, LLC ("Lender"), Paragraph 8(a) of the Settlement Agreement is hereby deleted in its entirety and replaced with the following:

> 8(a)    The pre-petition tax claim of the District of Columbia Office of Tax and Revenue ("OTR") in the amount of $502,423.18, plus interest and penalties owed thereon in the amount of $109,471.74 (the "OTR Interest/Penalty Claim"), for a total amount owed to OTR in pre-petition real property taxes of $611,894.92 (the "OTR Claim") shall be paid as follows: (i) Debtor shall pay to OTR monthly installments of $41,868.60 to be received on or before the 15th day of each month, commencing with September 2023 and continuing through September 1, 2024, and (ii) on or before September 15, 2024, Debtor shall pay the OTR Claim in full, including the amount of the OTR Interest/Penalty Claim.  Obligors shall provide Lender with evidence of payment of past due property taxes in accordance with this Agreement, which proof shall be provided to Lender within three (3) business days of such payment(s).  On or before August 27, 2023, Debtor shall pay to Lender an amount equal to the OTR Interest/Penalty Claim, which shall be held by Lender in accordance with the provisions of the Loan Documents dealing with the escrow and payment of property taxes; provided, however, provided no Event of Default under this Agreement has occurred, Lender shall pay the amount of the OTR Interest/Penalty Claim held by Lender to OTR for application to the OTR Claim with such amount to be received by OTR on or before September 15, 2024.

ORDERED, that the above-captioned Chapter 11 case is DISMISSED.

We ask for this:

Respectfully Submitted,
--------/S/ John D. Burns--------------

_____
John D. Burns, Esquire (#MD 22777)
The Burns LawFirm, LLC
6305 Ivy Lane; Suite 340
Greenbelt, Maryland 20770
(301) 441-8780
Counsel for Debtor
info@burnsbankruptcyfirm.com

Acknowledgments:
----/s/John D. Burns--------
John D. Burns, Esquire (MD22777) Counsel for Debtor

Seen and No Objection:
------/s/Michael T. Freeman------------
Michael T. Freeman, Esquire Federal Bar No.VA 65460
Office of the United States Trustee 1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Michael.T.Freeman@usdoj.gov Counsel for United States Trustee

Seen and No Objection:
---/s/ Lisa Wolgast----------
Lisa Wolgast, Esquire (Pro Hac Vice) GA Bar No. 773399
Counsel for SSCHOF II Washington DC, LLC

Seen and No Objection:
------/s/Douglas Harris, Esquire-----

Douglas Harris, Esquire Counsel for IHG Franchisee Douglas.Harris@alston.com

cc:    John D. Burns, Esquire (#MD 22777)
       The Burns LawFirm, LLC
       6305 Ivy Lane; Suite 340
       Greenbelt, Maryland 20770

Lisa Wolgast lwolgast@mmmlaw.com
Counsel for Lender

Freeman, Michael T. (USTP) Michael.T.Freeman@usdoj.gov
Office of the United States Trustee

Brad Jones, Esquire Brad.Jones@ofplaw.com
Counsel to Urgo Hotels, L.P.

jschwartz@barley.com
Counsel for Kinsley Construction, Inc.

3

James.ktsanes@lw.com
asif.attarwala@lw.com
Counsel for Urgo Hotels, L.P.

Douglas.Harris@alston.com
Counsel for IHG, Franchisee

All Other ECF Recipients

Dan Liang, Esquire dan.liang@hhmlp.com
Counsel to Hersha Hospitality
For Urgo Hotels, L.P.

Habte Sequar, Managing Member hsequar@limahotelsllc.com
Of Bembridge, LLC


Don Urgo, Principal Don.Urgo@urgohotels.com
Urgo Hotels, L.P.
6710A Rockledge Drive
STE 420
Bethesda, MD 20817

Nancy.alper@dc.gov

Matrix of Creditors